IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GARETH COY BOYD, | * |
| Plaintiff, | * |
| v. | Case No.   7:23-cv-4(HL) |
| | * |
| Sheriff ASHLEY PAULK, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated April 17, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 17th day of April, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk